# First District Court of Appeal
## State of Florida

_____

No. 1D2025-0144
_____

Joshua T. Suggs,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

April 2, 2026

Per Curiam.

Affirmed.

Kelsey, M.K. Thomas, and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Jasmine Russell Dixon, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.